**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF PUERTO RICO

Case number (if known) _____ Chapter 11

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy
06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | IGLESIA ESCUELA CASTILLO FUERTE INC |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | LA IGLESIA BAUTISTA CASTILLO FUERTE INC<br>LA IGLESIA BAUTISTA INTERNATIONAL INC |
| 3. | Debtor's federal Employer Identification Number (EIN) | 66-0448446 |
| 4. | Debtor's address | **Principal place of business**<br>BO. MARTIN GONZALEZ<br>CARR #3 KM 10.6<br>Carolina, PR 00987<br>Number, Street, City, State & ZIP Code<br><br>Carolina<br>County | **Mailing address, if different from principal place of business**<br>PO BOX 6017 PMB 530<br>Carolina, PR 00987<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Official Form 201      Voluntary Petition for Non-Individuals Filing for Bankruptcy      page 1

Debtor  **IGLESIA ESCUELA CASTILLO FUERTE INC**  Case number (*if known*)
          Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply:*
  - ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
  - ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Debtor  IGLESIA ESCUELA CASTILLO FUERTE INC                                    Case number (if known) _____
        Name

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

   ■ No
   ☐ Yes.

   List all cases. If more than 1, attach a separate list

   Debtor _____  Relationship _____
   District _____  When _____  Case number, if known _____

11. **Why is the case filed in this district?**

    Check all that apply:

    ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ■ No
    ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (Check all that apply.)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
      What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
    Number, Street, City, State & ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes.  Insurance agency _____
            Contact name _____
            Phone _____

---

**Statistical and administrative information**

13. **Debtor's estimation of available funds**

    Check one:
    ■ Funds will be available for distribution to unsecured creditors.
    ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

14. **Estimated number of creditors**

    ■ 1-49              ☐ 1,000-5,000         ☐ 25,001-50,000
    ☐ 50-99             ☐ 5001-10,000         ☐ 50,001-100,000
    ☐ 100-199           ☐ 10,001-25,000       ☐ More than100,000
    ☐ 200-999

15. **Estimated Assets**

    ☐ $0 - $50,000             ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
    ☐ $50,001 - $100,000       ☐ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion
    ■ $100,001 - $500,000      ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
    ☐ $500,001 - $1 million    ☐ $100,000,001 - $500 million     ☐ More than $50 billion

16. **Estimated liabilities**

    ☐ $0 - $50,000             ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion

Official Form 201                 Voluntary Petition for Non-Individuals Filing for Bankruptcy                 page 3

Debtor   IGLESIA ESCUELA CASTILLO FUERTE INC   Case number (*if known*)
         Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☒ $500,001 - $1 million

- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  IGLESIA ESCUELA CASTILLO FUERTE INC  Case number (*if known*)
      Name

**Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  December 30, 2024
           MM / DD / YYYY

X _____  MARIA VELEZ COLON
Signature of authorized representative of debtor  Printed name

Title  PRESIDENT

**18. Signature of attorney**

X _____  Date December 30, 2024
Signature of attorney for debtor  MM / DD / YYYY

CARMEN D. CONDE TORRES 207312
Printed name

C. CONDE & ASSOC.
Firm name

254 SAN JOSE STREET
5TH FLOOR
SAN JUAN, PR 00901-1523
Number, Street, City, State & ZIP Code

Contact phone  787-729-2900  Email address  condecarmen@condelaw.com

207312 PR
Bar number and State

Official Form 201  Voluntary Petition for Non-Individuals Filing for Bankruptcy  page 5

## CORPORATE RESOLUTION

I, Orlando Diaz Morales of legal age, single, Secretary of IGLESIA ESCUELA CASTILLO FUERTE, INC. also known as " La Iglesia Bautista Castillo Fuerte, Inc., y "La Iglesia Bautista International, Inc." and resident of Carolina, Puerto Rico DO HEREBY CERTIFY that:

1. At a meeting celebrated on December 26th, 2024 the Board of Directors of IGLESIA ESCUELA CASTILLO FUERTE, INC. also known as "La Iglesia Bautista International, Inc." agreed to file a bankruptcy petition under the provisions of Chapter 11 of the Bankruptcy Code.

2. That we have been informed and oriented of the meaning of Chapter 11 of the Bankruptcy Code and the alternatives under such Chapter, including the Subchapter V.

3. That at the meeting of the members agreed to the filing for bankruptcy petition, under Chapter 11 of the Federal Bankruptcy Law and such motion was unanimously approved.

4. That it was also agreed that the services of Attorney Carmen D. Conde Torres would be retained for such purposes.

5. That it was also agreed that the president of the corporation, María Vélez Colón, will represent the entity in all related matters and will be the person authorized to sign the Petition, Schedules and Statement of Financial Affairs and any other documents related to the bankruptcy proceedings.

To be evident, I sign this resolution today the 26th day of December, 2024.

IGLESIA ESCUELA CASTILLO FUERTE, INC.
"also known as "La Iglesia Bautista Internacional, Inc."
Orlando Diaz Morales
Secretary

Corporate Seal



**Fill in this information to identify the case:**

Debtor name: IGLESIA ESCUELA CASTILLO FUERTE INC

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   December 30, 2024     X /s/ signature
                                       Signature of individual signing on behalf of debtor

                                       MARIA VELEZ COLON
                                       Printed name

                                       PRESIDENT
                                       Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name: IGLESIA ESCUELA CASTILLO FUERTE INC
United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| IRS<br>CITIVIEW PLAZA NO II<br>48 CARR 165 SUITE 2000<br>GUAYNABO, PR 00968-8000 | | 941 | Contingent<br>Unliquidated<br>Disputed | | | $199,497.84 |
| SMALL BUSINESS ADMINISTRATION<br>409 THIRD STREET SW<br>WASHINGTON, DC 20416 | | LOAN | | | | $172,796.08 |
| SUCESION JOSE REYES MATEO<br>PO BOX 846<br>Carolina, PR 00986 | | RENT | | | | $71,000.00 |
| GISSELLE NIEVES FERNANDEZ<br>C/O DORNA-LLOMPART &FAGOT-DIAZ LAW OFFIC<br>0.2. LUIS VIGOREAUX AVE. PMB 805<br>Guaynabo, PR 00966 | | EXTRA JUDICIAL CLAIM RE: JPN | Contingent<br>Unliquidated<br>Disputed | | | $55,000.00 |

Official form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims     page 1

Debtor  IGLESIA ESCUELA CASTILLO FUERTE INC    Case number *(if known)* _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| JORGE PASTOR AGOSTO C/O DORNA-LLOMPART &FAGOT-DIAZ LAW OFFIC 0.2. LUIS VIGOREAUX AVE. PMB 805 Guaynabo, PR 00966 | | EXTRAJUDICIAL CLAIM | Contingent Unliquidated Disputed | | | $25,000.00 |
| JORGE PASTOR AGOSTO C/O DORNA-LLOMPART &FAGOT-DIAZ LAW OFFIC 0.2. LUIS VIGOREAUX AVE. PMB 805 Guaynabo, PR 00966 | | EXTRAJUDICIAL CLAIM | Contingent Unliquidated Disputed | | | $15,000.00 |
| PRASA PO BOX 7066 SAN JUAN, PR 00916-7066 | | UTILITY | Contingent Unliquidated Disputed | | | $1.00 |
| LUMA ENERGY Ave. Fernández Juncos #644, Suite 301 San Juan, PR 00907 | | UTILITY | Contingent Unliquidated Disputed | | | $1.00 |
| DEPARTAMENTO DE JUSTICIA DE PR FEDERAL LITIGATION DIVISION PO BOX 9020192 SAN JUAN, PR 00902-0192 | | NOTICE ONLY | Contingent Unliquidated Disputed | | | $1.00 |
| DEPARTAMENTO DE HACIENDA PO BOX 9024140 SAN JUAN, PR 00902-4140 | | NOTICE ONLY | Contingent Unliquidated Disputed | | | $1.00 |
| DEPARTMENT OF JUSTICE 950 Pennsylvania Avenue NW Washington, DC 20530 | | NOTICE ONLY | Contingent Unliquidated Disputed | | | $1.00 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 2

Debtor  IGLESIA ESCUELA CASTILLO FUERTE INC
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| IRS CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA, PA 19101-7346 | | NOTICE ONLY | Contingent Unliquidated Disputed | | | $1.00 |

**Fill in this information to identify the case:**

Debtor name    IGLESIA ESCUELA CASTILLO FUERTE INC

United States Bankruptcy Court for the:    DISTRICT OF PUERTO RICO

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals      12/15

### Part 1: Summary of Assets

1. Schedule A/B: Assets-Real and Personal Property (Official Form 206A/B)

    1a. Real property:
    Copy line 88 from Schedule A/B.................................................................................................................. $    0.00

    1b. Total personal property:
    Copy line 91A from Schedule A/B................................................................................................................. $    101,996.20

    1c. Total of all property:
    Copy line 92 from Schedule A/B................................................................................................................... $    101,996.20

### Part 2: Summary of Liabilities

2. Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D.................... $    0.00

3. Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

    3a. Total claim amounts of priority unsecured claims:
    Copy the total claims from Part 1 from line 5a of Schedule E/F................................................................ $    199,501.84

    3b. Total amount of claims of nonpriority amount of unsecured claims:
    Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F..................................... +$    338,798.08

4. **Total liabilities** ...................................................................................................................................
   Lines 2 + 3a + 3b      $    538,299.92

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of Puerto Rico

In re   IGLESIA ESCUELA CASTILLO FUERTE INC                              Case No. _____
                                           Debtor(s)                     Chapter   __11__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   ☐ **FLAT FEE**
   
   For legal services, I have agreed to accept _____   $ _____
   
   Prior to the filing of this statement I have received _____   $ _____
   
   Balance Due _____   $ _____
   
   ■ **RETAINER**
   
   For legal services, I have agreed to accept and received a retainer of _____   $   **15,000.00**
   
   The undersigned shall bill against the retainer at an hourly rate of _____   $   **350.00**
   [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. $ __**1,738.00**__ of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]
      ALL SERVICES WILL BE BILLED UPON A FEE PER HOUR:
      $350.00 PER HOUR FOR CARMEN D. CONDE TORRES PLUS COST AND EXPENSES;
      $300.00 PER HOUR FOR ASSOCIATES PLUS COST AND EXPENSES;
      $275.00 PER HOUR FOR JUNIOR ATTORNEY PLUS COST AND EXPENSES;
      $150.00 PER HOUR FOR ASSISTANCE SUCH AS PARALEGAL, IN HOUSE SPECIAL CLERICAL SERVICES OR ACCOUNTING ANALYST PLUS COST AND EXPENSES.

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

In re   IGLESIA ESCUELA CASTILLO FUERTE INC                             Case No. _____
                        Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
(Continuation Sheet)

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

December 30, 2024
*Date*

CARMEN D. CONDE TORRES 207312
*Signature of Attorney*
C. CONDE & ASSOC.
254 SAN JOSE STREET
5TH FLOOR
SAN JUAN, PR 00901-1523
787-729-2900  Fax: 787-729-2203
condecarmen@condelaw.com
*Name of law firm*

# United States Bankruptcy Court
## District of Puerto Rico

In re: **IGLESIA ESCUELA CASTILLO FUERTE INC**
Debtor(s)

Case No.
Chapter: **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| ELBA COLON<br>PO BOX 6017 PMB 530<br>Carolina, PR 00984-6017 | | | |
| MARIA E VELEZ<br>URB. PARQUE ESCORIAL<br>ALTURAS DEL PARTQUE 1801<br>Carolina, PR 00987-5093 | | | |
| ORLANDO DIAZ<br>ALTURAS DEL PARQUE 1801<br>PARQUE ESCORIAL<br>Carolina, PR 00987 | | | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **PRESIDENT** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: December 30, 2024

Signature: *[signed]*
MARIA VELEZ COLON

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

## United States Bankruptcy Court
### District of Puerto Rico

In re   IGLESIA ESCUELA CASTILLO FUERTE INC   Case No. _____
                        Debtor(s)                Chapter   11

## VERIFICATION OF CREDITOR MATRIX

I, the PRESIDENT of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   December 30, 2024                    _____
                                             MARIA VELEZ COLON/PRESIDENT
                                             Signer/Title

IGLESIA ESCUELA CASTILLO FUERTE
PO BOX 6017 PMB 530
CAROLINA, PR 00987

JORGE PASTOR AGOSTO
C/O DORNA-LLOMPART &FAGOT-DIAZ LAW OFFIC
0.2. LUIS VIGOREAUX AVE. PMB 805
GUAYNABO, PR 00966

CARMEN D. CONDE TORRES
C. CONDE & ASSOC.
254 SAN JOSE STREET
5TH FLOOR
SAN JUAN, PR 00901-1523

LUMA ENERGY
AVE. FERNáNDEZ JUNCOS
#644, SUITE 301
SAN JUAN, PR 00907

DEPARTAMENTO DE HACIENDA
PO BOX 9024140
SAN JUAN, PR 00902-4140

MARIA E VELEZ
URB. PARQUE ESCORIAL
ALTURAS DEL PARTQUE 1801
CAROLINA, PR 00987-5093

DEPARTAMENTO DE JUSTICIA DE PR
FEDERAL LITIGATION DIVISION
PO BOX 9020192
SAN JUAN, PR 00902-0192

PRASA
PO BOX 7066
SAN JUAN, PR 00916-7066

DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20530

SMALL BUSINESS ADMINISTRATION
409 THIRD STREET   SW
WASHINGTON, DC 20416

ELBA COLON
PO BOX 6017 PMB 530
CAROLINA, PR 00984-6017

SUCESION JOSE REYES MATEO
PO BOX 846
CAROLINA, PR 00986

GISSELLE NIEVES FERNANDEZ
C/O DORNA-LLOMPART &FAGOT-DIAZ LAW OFFIC
0.2. LUIS VIGOREAUX AVE. PMB 805
GUAYNABO, PR 00966

UNIVERSAL INSURACNE COMPANY
P.O. BOX 71338
SAN JUAN, PR 00936

IRS
CITIVIEW PLAZA NO II
48 CARR 165 SUITE 2000
GUAYNABO, PR 00968-8000

IRS
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA, PA 19101-7346